UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| G. THOMAS PORTEOUS, JR., United States District Judge for the Eastern District of Louisiana, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Case No. 09-2131 (RJL) |
| ALAN I. BARON, Special Counsel, Impeachment Task Force, Committee on the Judiciary, United States House of Representatives, *et al.*, | ) ) ) ) ) ) | |
| Defendants. | ) | |

# ORDER

For the reasons set forth in the Memorandum Opinion entered this 2nd day of August, 2010, it is hereby

**ORDERED** that the Defendants' Motion to Dismiss [#7] is **GRANTED**; it is further

**ORDERED** that Plaintiff G. Thomas Porteous, Jr.'s Motion for a Temporary Restraining Order and Preliminary Injunction [#2] is **DENIED**; and it is further

**ORDERED** that the case is **DISMISSED** for lack of subject matter jurisdiction.

**SO ORDERED.**

RICHARD J. LEON
United States District Judge